IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

KATHLEEN WORNICKI, individually
and on behalf of all others similarly situated,

                                CASE NO. 14-cv-634-OC-30 JSM-PRL

    Plaintiff,

v.

ACURIAN, INC., a Pennsylvania corporation,

    Defendant.
_____/

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Kathleen Wornicki, individually, and Defendant, Acurian, Inc., by and through undersigned counsel, hereby advise the Court that the parties have reached a settlement of their claims, and therefore dismiss all claims asserted in this civil action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties are to bear their own respective attorneys' fees and costs, as provided in the Settlement Agreement.

Dated: February 23, 2015

                                Respectfully submitted,

                                By: /s/ Stefan Coleman
                                Law Offices of Stefan Coleman, LLC
                                201 South Biscayne Blvd, 28th Floor
                                Miami, Florida 33131
                                Telephone: 877.333.9427
                                Facsimile: 888.498.8946
                                law@stefancoleman.com