## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

KATHLEEN WORNICKI,

    Plaintiff,

v.                                              Case No: 5:14-cv-634-Oc-30PRL

ACURIAN, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal With Prejudice (Dkt. #19). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of February, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\14-cv-634 dismiss 19.docx